Jules Zacher, PC
Jules Zacher Esquire
1601 Walnut Street
Suite 707
Philadelphia., PA 19102
215-988-0160
zacherlaw@aol.com

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA (ORLANDO DIVISION)

| | | |
|---|---|---|
| ANITA COMEAU and | : | |
| JACQUES LONGTIN, H/W | : | NO: 6:06-cv-891-ORL-18JGG |
| *Plaintiffs* | : | |
| Vs. | : | |
| | : | |
| Bray & Gillespie III Management LLC; | : | |
| Ocean Waters, LLC; | : | |
| Sea Garden Hospitality Management, Inc. | : | |
| and Bray & Gillespie, Inc. | : | |
| *Defendants* | : | |

## PLAINTIFFS' RESPONSE TO DEFENDANT SEA GARDEN HOSPITALITY MANAGEMENT'S REQUESTS FOR ADMISSION

Plaintiffs hereby respond to Defendant's Request for Admissions pursuant to Fed.

R. Civ. P. 36 as follows:

1. Admitted.

2. Admitted.

3. Admitted.

4. Admitted.

5. Admitted.

6. Denied. The onset of symptoms occurred January 7, 2006 (see deposition of

    Anita Comeau, pages 73, 99-102, and 137, attached hereto as part of Exhibit A).

7. Admitted

1

8. Admitted.

9. Admitted and denied. It is admitted Anita Comeau did not go in the indoor pool. It is denied plaintiff did not go inside the pool area (see deposition of Anita Comeau, pages 43-44, and 61, attached hereto as part of Exhibit A.) She also used the breakfast room near the indoor spa (see deposition of Anita Comeau, pages 151-152, attached hereto as part of Exhibit A.)

10. Denied. Plaintiffs complained about the showers (see deposition of Anita Comeau, page 60, attached hereto as part of Exhibit A). Plaintiffs complained about light bulbs not working in the kitchen (see deposition of Anita Comeau, pages 79-80, attached hereto as part of Exhibit A.) The plaintiffs complained about the oven in the kitchen (see deposition of Anita Comeau, page 88, attached hereto as part of Exhibit A.)

11. Admitted.

12. Admitted.

13. Admitted.

14. Admitted and denied. It is admitted one of the diagnoses was Bronchitis. The other diagnosis was "upper respiratory infection" (see Halifax Medical Center Health Information form attached hereto as Exhibit B.)

15. Admitted.

16. Admitted.

17. Admitted.

18. Admitted.

19. Admitted.

DATED:  APRIL 9, 2007

Jules Zacher, Esquire
PA Bar No. 20574
Admitted Pro Hac Vice
Medical Arts Building
1601 Walnut Street
Suite 707
Philadelphia, PA 19102
Zacherlaw@aol.com

3

## Certificate of Service

I HEREBY CERTIFY that on the 9th day of April, 2007, I sent by e-mail and post a copy of the foregoing to F. Bradley Hassell, Esquire, Hassell, Moorehead & Carroll, P.O. Box 2229, Daytona Beach, FL 32115. A copy of the foregoing was mailed to the following: Troy B. Froderman, Anthony W. Merrill, Robert S. Reder, Attorneys for Defendants Bray & Gillespie III Management, LLC, Ocean Waters, LLC, and Bray & Gillespie, Inc., Bryan Cave LLP, Two North Central Ave., Suite 2200, Phoenix, Arizona 85004-4406. Mark Matovina, Esquire, Bogin, Munns & Munns, 687 Beville Road, Suite A, South Daytona, FL 32119; John P. O'Flanagan, Esq., Fowler White Boggs Banker, 501 East Kennedy Blvd., Suite 1700, Tampa, FL 33602.

Jules Zacher, Esquire
PA Bar No. 20574
Admitted Pro Hac Vice
Medical Arts Building
1601 Walnut Street
Suite 707
Philadelphia, PA 19102
Zacherlaw@aol.com

4

# EXHIBIT A

1    MR. ZACHER:  If he wants to rephrase the

2    question.  But he's not, so go ahead and answer.

3    THE WITNESS:  Well, the pool didn't look

4    that -- the inside pool didn't look that good, but

5    we didn't figure that we were going to go in there,

6    in the pool, anyway, so...

7    BY MR. FRODERMAN:

8    Q    What didn't look so good about it?

9    A    The water was kind of, I would say, murky.

10   Q    That was in the winter of '05?

11   A    Yes.

12   Q    Did you say something to somebody about it?

13   A    I don't think so, no.

14   Q    All right.  What about -- any other thing at

15   the hotel that didn't seem to be right to you or

16   acceptable?

17   A    Well, it -- it wasn't a very long look.  You

18   know, you just go in the room and you -- you see that --

19   what it looks like, and...

20   Q    When you saw the indoor pool on that first

21   visit in the winter of 2005, were people swimming in the

22   indoor pool?

23   A    I don't think so.  Not that day, that I saw.

24   No.

25   Q    Were the people swimming in the outside pool

1    that day?

2        A    That's over a year ago, kind of.  I don't

3    know.  I don't remember.

4        Q    You don't have a recollection of whether

5    people were swimming in the inside pool or the outside

6    pool, correct?

7        A    There might have been, but I can't say that I

8    remember anybody being there.

9        Q    What room did you and your husband ultimately

10   reserve?

11       A    510.

12       Q    Why did you reserve 510 as opposed to any

13   other room?

14       A    Well, we had looked at two rooms, and then

15   we -- we liked, like, the balcony.  It was -- you could

16   see the ocean and that, so...

17       Q    It was a ocean-side room?

18       A    It was, like, not really on the ocean side,

19   but it was, like, over the pool.  And we could see the

20   ocean when we were sitting outside.

21       Q    So when you walked out onto your balcony, you

22   were overlooking the outside pool?

23       A    Yes.

24       Q    And then you could see the ocean --

25       A    Yes.

1     A     Yes.

2     Q     Almost every day?

3     A     Yes.

4     Q     Prior to having to move out on December the

5  5th, did you have any complaints about your room?

6     A     Well, we had complaints about the shower.

7  It -- they came in and they fixed it a little bit, but

8  we had complaints about the shower that wasn't working.

9  You know, you had the hot and the cold and it was -- it

10 was hard to regulate, you know.

11    Q     What -- what exactly wasn't working with the

12 shower?

13    A     Well, when you'd put the -- like, the hot and

14 the cold and it was okay.  Then you step in and then it

15 would get real hot and real cold and -- so...

16    Q     Was that fixed by the hotel?

17    A     It was fixed a little bit, but we still had

18 problems.  But then we kind of figured it out and...

19    Q     Other than the control of the temperature of

20 the shower, did you have any other complaints about your

21 room?

22    A     Not that I can remember.

23    Q     Prior to December the 5th, when you moved out

24 for a few days, did you -- did you or your husband swim

25 at all?

1    A    No.

2    Q    Never swam in the outside pool?

3    A    No.

4    Q    Never swam in the inside pool?

5    A    No.

6    Q    Did you ever go inside the indoor pool area?

7    A    Yes.  We went to look at it, yeah.

8    Q    When?

9    A    Must have been, I don't know, maybe in

10   November, that we walked in and took a look, you know.

11   Q    Why -- why did you go take a look?

12   A    Well, curiosity, I guess.  We just passed by

13   and went in.

14   Q    Anything that you can recall about that event?

15   A    Well, that's another time that I noticed that

16   the water wasn't -- didn't look clean.

17   Q    You noticed that again in November?

18   A    Yes.

19   Q    Yes?

20   A    Yes.

21   Q    Did you say anything to anybody about it?

22   A    No.

23   Q    Didn't talk to the front desk about it?

24   A    No.  Well, we didn't figure that we were going

25   to go in, so we didn't.

BY MR. FRODERMAN:

Q    All right.  Mrs. Comeau, if you would turn, please, to the -- the date that you first remember being ill was January 7th; is that correct?

A    Yes.

Q    Why don't you turn, please, to December 27th.

A    (Complying.)

Q    Does that begin on Page 53?

A    Yes.

Q    If you could, please, walk us through your diary here and just tell us what you did by -- what you did that day and -- as is reflected in your diary.

A    Yeah.  Well, the morning, the temperature was 40 degrees Farenheit.  It was calm.  And we had an Equate for breakfast.  That's a breakfast liquid there, a drink.

Q    Did you have it in your room?

A    Yes.

Q    Okay.

A    And they say that's it's going to be 64.  I mailed two letters to some friends; one was a sympathy card, because they had lost a daughter, and the other one was to the son of the man that looks after our house, because he wanted something about the "G-Unit" and the 50-Cent.  That's a musical group.

VOLUSIA REPORTING COMPANY

1    in English, yet.

2         A    Okay.

3         Q    Okay.   So December 29th?

4         A    Yeah, we had breakfast, an Equate again.

5         Q    And that was in the room?

6         A    Yes.

7         Q    Something about "front desk" here.

8         A    Yes.   And I go to the front desk and say that

9    the light bulb in the kitchen was broken in the socket.

10   I don't know, I guess it wasn't repaired yet.

11             Then we went to St. Augustine, at the outlet

12   mall there.   And then we went -- we had lunch at the

13   food court in St. Augustine, same shopping center.

14        Q    Who all went to lunch that day, do you know?

15        A    Jacques and I.

16        Q    Okay.

17        A    So when we got home at 2:20, we met Leonard.

18   Told us that Dorothy was so-so.   And the light in the

19   kitchen was fixed.

20        Q    And what did you do for dinner that day?

21        A    We went to -- oh, we ordered pizza from Papa

22   John's.

23        Q    And you had that in your room?

24        A    Yes.

25        Q    Now, the days that we've looked at so far,

1  December 27th, December 28th, December 29th, other than

2  the light bulb that wasn't working, there haven't been

3  any notes by you of any problems that you observed with

4  the hotel, correct?

5       A    No.

6       Q    That's correct?

7       A    Yes.  That's correct.

8       Q    All right.  The next day, Page 56,

9  December 30th.  Walk us through that day, please.

10      A    We had lunch at the Ocean Diner, on

11 Atlantic -- breakfast, I mean.

12      Q    Just the two of you?

13      A    Yes.  Then we went to wash clothes.  We took

14 gas.  We went to the pharmacy -- to the -- the grocery

15 store and the pharmacy next door.  And I name what we

16 bought.  And we walk -- we walk to the pier.  And we had

17 lunch at the pier.  The Sunglow pier.  And...

18      Q    Now, let me stop you for a second.  On the

19 27th, 28th and 29th, I didn't hear any notations about

20 walking on the beach.

21      A    But it was cool.

22      Q    Okay.  So you didn't walk on the beach those

23 days?

24      A    No, I guess not, because it in the 40's

25 and that.

VOLUSIA REPORTING COMPANY

1    yeah, the oven in the -- in the kitchen there was

2    getting too hot.  We could -- we had to be very careful.

3        Q    So you told Willie about that?

4        A    Yes.

5             This is another one that was at Cypress Cove.

6    Pat, from New Hampshire, came to see us.  And she lived

7    at another motel.  Then we leave at 3:30 to Sea Harvest,

8    in New Smyrna.  Yeah, I remember where it is now.  And

9    we were four couples.  That's where we had supper.  And

10   we brought the rest that we couldn't eat with us to the

11   room.

12       Q    Were those four couples Bob and Norma Brown --

13       A    Yes.  Bud and Blanche Jackson.  Dale and Kay

14   Clark.  And Jacques and I.

15       Q    If we could look over on the left-hand column

16   here, on Page 59.

17       A    Yes.

18       Q    There's an entry here about Dorothy.  Could

19   you read that for us, please?

20       A    Yes.  Dorothy went to Urgent Care.  She waits

21   three hours and she should have waited -- she could have

22   waited another two hours, so she didn't stay, to see the

23   doctor.  She came back.

24       Q    Did she tell you why she went to Urgent Care?

25       A    Because she wasn't feeling well, I guess.

VOLUSIA REPORTING COMPANY

1   about Dorothy.   Did she bring you more desserts?

2       A      She brought us some applesauce.   She gave us

3   some applesauce when we were there.

4       Q      As of December 6th -- excuse me --

5   January 6th, you didn't put any notes about feeling sick

6   or ill, correct?

7       A      Not there, no.

8       Q      And you didn't register any complaints

9   regarding the condition of the hotel on January the 6th,

10  correct?

11      A      No, I didn't.

12      Q      Okay.   Next day is January the 7th, and this

13  is Page 64 --

14      A      Yes.

15      Q      -- of your diary.

16      A      Yeah.

17      Q      Would you please walk us through the events of

18  the day.

19      A      Same liquid breakfast.   Jacques went to the

20  breakfast room.   A lot of the -- of our friends were

21  there.   And Dale and Kay were going to a farmer's market

22  and Jacques told them to bring some cucumbers.

23          Then we called friends from Canada.   And we

24  had lunch in the room.   We take a nap and I started

25  having a sore throat.

1    Q    Okay.  Where -- where do you note the sore

2  throat?

3    A    Right -- after lunch there, like there's a

4  space and after the space.  "A C."  See?

5    Q    Yes.  Could you underline that in blue,

6  please.

7    A    (Complying.)

8    Q    And if you could put your initials next to

9  that.

10   A    (Complying.)

11   Q    So after you took your nap, you felt like you

12 had a sore throat?

13   A    Uh-huh.

14   Q    Yes?

15   A    Yes.

16   Q    Okay.  Continue, please.

17   A    We went to get the key to room 712, because

18 that's where our son and his girlfriend were going to

19 stay, because we wanted to put something in the room.

20 And I called on their cell phone, but it didn't work.

21 Then I -- Carrie's cell phone, then I tried Philip's

22 cell phone.  And at 5:00, they were at Jacksonville.

23         Supper in the room.  And they arrived at 8:00.

24 They brought us gifts.  And I see what kind of gifts.

25 And then we had -- one of the gifts was a coffee maker

1    and I had a pin.

2        Q    In the left-hand column, there's a notation

3    that Philip and Carrie are going to be arriving,

4    correct?

5        A    Yes.  Uh-huh.

6        Q    Then there's a notation regarding Norma?

7        A    Norma is sick.

8        Q    Norma is sick.  Could you circle that for me,

9    please.

10        A    (Complying.)

11        Q    Now, how come this is in the left-hand column

12    as opposed to the main portion of the diary?

13        A    I don't know.  It's just that I wrote it

14    there.  Because sometimes if I want to remember

15    something and not have to read the whole thing, well, it

16    goes faster if I put it in the margin.

17        Q    Do you recall what Norma said about what it

18    was she didn't feel well about?

19        A    Somebody else must have told us that she was

20    sick.

21        Q    So she didn't tell you.

22        A    No.

23        Q    Other than the notation on Page 64, that you

24    felt like you had a sore throat, on January the 7th, did

25    you have any other symptom?

1     A     No.   That's why I said I started January 7th.

2     Q     Okay.   Did the sore throat prevent you from

3  doing your normal stuff?

4     A     Not then.   It was just starting.

5     Q     The next day -- oh, on January the 7th, you

6  did not have any complaints about the hotel written

7  down, correct?

8     A     No.   Nothing written down.

9     Q     All right.   The next day is January the 8th,

10  Page 65 of your diary.   If you'd please walk us through

11  the diary.

12     A     Same breakfast.   Then we went to church, a

13  drive-in church.   And then we bought some newspapers and

14  some other stuff at the grocery store.   Then we -- we

15  went to Denny's across the street, with Philip and

16  Carrie.   And -- for lunch.   And then Philip and Carrie

17  went to the grocery store to get something for

18  themselves.

19          And I read the paper.   And then we started to

20  see the -- the chills here, because I wrote down that we

21  both had chills, Jacques and I.

22     Q     Okay.   Where did you write that down?

23     A     Here.   (Indicating.)

24     Q     Yeah.

25     A     There's a space there.   "AC" and "JL."

1    Q    The next question asked:  *Did you experience a
2    respiratory illness with a fever or any illness with a
3    fever before checking in to the Sea Garden Inn.*  And you
4    said no, correct?

5    A    Correct.

6    Q    And then it asked if you experienced a
7    respiratory illness with a fever or any illness with a
8    fever while residing or working at the Sea Garden Inn or
9    up to ten days after staying at the Sea Garden Inn and
10   you told him yes.

11   A    Yes.

12   Q    Now, you told him that the date of the onset
13   of symptoms was January 10th, correct?

14   A    I guess that's what I told him, yeah.

15   Q    Did you have your diary in front of you when
16   you were --

17   A    No.

18   Q    -- talking with him?

19   A    No.

20   Q    And you said your first symptom was chills?

21   A    Yes.

22   Q    But your diary said your first symptoms was a
23   sore throat.

24   A    Yes.

25   Q    And it says:  *Did you ever have a fever?*  And

A      No.  We never did.

Q      If you could turn, please, to one of the
earlier exhibits, which is the Sea Garden
interrogatories.  It's either 30 or 31.

A      This is 31.

Q      So it's 29 or 31.

A      Twenty-nine is here.

Q      Let me see it.

A      (Tendering.)

Q      You got a whole pile there in front of you,
Mrs. Comeau.  Let's first look at Exhibit 29.  If you
could turn to Page 6.

A      (Complying.)  Yes.

Q      On Page 6, Question 10 -- first of all, are
these your answers?

A      Yes.

Q      So you provided these exact answers to your
lawyer?

A      Yes.

Q      On 12, it said:  *State with specifically
whether you utilized the outdoor pool, outdoor spa
and/or indoor heated spa at the Sea Garden Inn.*

And your answer was:  *I used the breakfast
room, which is very close to the indoor spa.  The door
was often left open and the vapor would drift out.  I*

1  *went into the room with the indoor spa once.*

2          Okay.  We've already talked about the time you

3  went into the indoor spa, correct?

4          A    Uh-huh.  Yeah.

5          Q    When did you observe -- and I'm using your

6  words here in your answers -- vapor drifting out of the

7  indoor pool area?

8          A    Well, we could -- when we'd go by, we could

9  smell whatever was coming from that room.

10         Q    Did you register any complaints about it?

11         A    No.

12         Q    You don't have it written down in any of your

13  diary notes, correct?

14         A    No.  I didn't see anything, no.

15         Q    Pardon?

16         A    I didn't see anything in the diary.

17         Q    On Page 7, in response to Interrogatory 17 --

18  and, again, this is your answer, correct?

19         A    Yes.

20         Q    You've said:  *The first factual basis is that*

21  *there were 11 persons who were diagnosed with pneumonia*

22  *who only had in common the fact that they either all*

23  *stayed as guests at the hotel or worked at the hotel.*

24          Who were the 11 people who were diagnosed with

25  pneumonia?

**EXHIBIT B**

# HALIFAX MEDICAL CENTER
# HEALTH INFORMATION MANAGEMENT

303 N. Clyde Morris Boulevard
Daytona Beach, FL 32114

## EMERGENCY-EXPRESS CARE

| | | | | | |
|---|---|---|---|---|---|
| **Pt Name:** | ANITA COMEAU | **MR#:** | H000746868 | **Loc:** | HEDX |
| **Attended By:** | | **Acct #:** | V20015550617 | **DOS:** | 01/13/06 |
| **Referred By:** | | | | | |

---

**\*\* Signed \*\***
**\*\*Authenticated reports reside in the EMR\*\***

---

CHIEF COMPLAINT: Cough and body aches for 4 days.

HISTORY OF PRESENT ILLNESS: The patient is a 54-year-old Caucasian female who presents to Halifax Medical Center Emergency Room with a history of cough, congestion and rhinorrhea that has been going on for the last 4 days. She reports that the cough has become more prominent over the last 2 days. She has been taking Tussionex DM to try to relieve it. She says it is nonproductive. She reports that she has also had diarrhea that subsided today, but yesterday she had 3 episodes. No blood or mucus in them. She reports that her T max at home as been 103 which was concerning to her. She denies any abdominal pain associated with it. She denies any nausea or vomiting associated with this, but she does report a decrease in her appetite.

PAST MEDICAL HISTORY: Significant for hypertension and she has a history of a DVT diagnosed in the 1990s along with a hypercoagulable state. She is currently on Coumadin for that.

PAST SURGICAL HISTORY: None.

SOCIAL HISTORY: She denies any smoking. She drinks alcohol occasionally. Denies any drug abuse.

REVIEW OF SYSTEMS: She denies any chest pain, pressure, shortness of breath or neck pain. She denies any amaurosis fugax, one-sided weakness, slurred speech, dizziness, double vision or paresthesias associated with this. Otherwise, all review of systems were negative.

ALLERGIES: NO KNOWN DRUG ALLERGIES.

MEDICATIONS: Include Norvasc, lisinopril, Synthroid, Coumadin, Zocor and Tussionex DM.

PHYSICAL EXAMINATION: Vital signs: Temperature 99, pulse 105, respirations 20, blood pressure 124/83, O2 saturation 96% on room air. Pain is a 3 out of 10 in severity. GCS 15. General appearance: The patient is a well-developed and well-nourished female in no apparent distress.

HEENT: Head: Normocephalic and atraumatic. Eyes: Extraocular motions are

Patient: ANITA COMEAU
Report #: 0113-0733

Electronically Signed: TARA D. WILSON M.D.

**EMERGENCY-EXPRESS CARE**

| Pt Name: | ANITA COMEAU | | MR#: | H000746868 | Loc: | HEDX |
|---|---|---|---|---|---|---|
| Attended By: | | | Acct #: | V20015550617 | | |

intact. Pupils are equal, round and reactive to light. Tympanic membranes are pearly. Good cone of light. No erythema or exudate. Nose: Midline septum. No nasal discharge present. Mouth and throat: Moist mucous membranes. She had posterior oropharynx erythema. No tonsillar hypertrophy. No exudate. No palatal petechiae.
NECK: Supple. No lymphadenopathy. No thyromegaly. Negative Brudzinski. Negative Kernig sign.
HEART: Regular rate and rhythm. No murmurs, gallops or rubs.
LUNGS: Clear to auscultation bilaterally. No wheezes, rhonchi or rales.
ABDOMEN: Soft, nontender and nondistended. No hepatosplenomegaly. Normal bowel sounds were audible.
EXTREMITIES: The patient has no clubbing, cyanosis or edema with 2+ pulses in all 4 extremities. Negative Homans sign. No calf tenderness. No cords were palpable.
BACK: Reveals no point tenderness or CVA tenderness to palpation.
NEUROLOGIC: She is alert and oriented x4. Cranial nerves II-XII are intact bilaterally. Strength is 5/5 in all 4 extremities. Intact sensation over all dermatomes.

ED COURSE: During the course of the patient's emergency room visit the patient's physical examination, findings and diagnoses were explained to her. I recommended to her that we go ahead and give her a shot of Rocephin 1 g IM x1 which she agreed with. We will go ahead and start her on Augmentin antibiotic to be taken over the next 10 days. She was instructed to follow up with her primary care physician as soon as possible. Since she is from Canada and may not be going back soon, I will give her the outpatient referral to follow up with on Monday here who is Dr. Hull. The patient will be discharged from the emergency room in stable condition and sent home. If she develops any new or worsening signs or symptoms, she will report back immediately to the emergency room.

INTERPRETATIONS:

LABORATORY DATA: None.

DIAGNOSES:
1. This is upper respiratory infection.
2. Bronchitis.

DISPOSITION: Discharged.

Tara Wilson, MD

Visit #: V20015550617
DOD: 1/13/2006 1926 6372/514:8039716
DOT: 1/13/2006 2057

Patient: ANITA COMEAU
Report #: 0113-0733                    Electronically Signed: TARA D. WILSON M.D.